# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE: Ramon Reyes  DATE: 8/4/15

DOCKET NUMBER: 15m626  LOG #: 2:17 - 2:19

DEFENDANT'S NAME: Michael Dodd (was not produced)

___ Present  ✓ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: Royce Russell

___ Federal Defender  ✓ CJA  ___ Retained

A.U.S.A: Jack Dennehy  DEPUTY CLERK: G Mynen

INTERPRETER: _____ (Language) _____

_____ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.  Code Type ___  Start 8/4/15  Stop 9/25/15

___ Order of Speedy Trial entered.  Code Type ___  Start ___  Stop ___

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

OTHERS: Defense counsel waived deft's appearance.