# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Reyes     **DATE:** 8/7/15

DOCKET NUMBER: 15 Mj 626    LOG #: 3:57 - 3:58

DEFENDANT'S NAME: James Shipman
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: Raymond Colon
   ___ Federal Defender    ✓ CJA    ___ Retained

A.U.S.A: Jack Dennehy    DEPUTY CLERK: M. Sica

INTERPRETER: _____ (Language)

_____ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered. Code Type XT Start 8/7/15 Stop 9/25/15.

___ Order of Speedy Trial entered. Code Type ____ Start ____ Stop ____

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: _____